

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00005-CR

STEVEN EWING                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

------------

### FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, the trial court convicted Appellant Steven Ewing upon his plea of guilty to felony DWI and sentenced him to ten years' confinement. Appellant filed a timely notice of appeal.

The trial court's certification states that this is a plea-bargained case, that Appellant has no right of appeal, and that he has waived the right of appeal. Accordingly, we informed Appellant by letter on January 7, 2011, that this case

---

[1]*See* Tex. R. App. P. 47.4.

was subject to dismissal unless Appellant or any party showed grounds for continuing the appeal on or before January 18, 2011.[2] Appellant's pro se response does not show grounds for continuing the appeal. We therefore dismiss this appeal.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

DELIVERED: February 17, 2011

---

[2]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[3]*See* Tex. R. App. P. 25.2(d), 43.2(f).